BRYAN CAVE LEIGHTON PAISNER LLP
Sean K. McElenney, 9122
Two North Central Avenue, Suite 2100
Phoenix, Arizona 85004-4406
Telephone: (602) 364-7000
Fax: (602) 364-7070
Email: skmcelenney@bclplaw.com

BRYAN CAVE LEIGHTON PAISNER LLP
Richard Cassetta (Pro Hac Vice Application to be filed)
One Metropolitan Square
211 North Broadway, Suite 3600
St. Louis, Missouri 63102-2750
Telephone: (314) 259-2000
Fax: (314) 259-2020
Email: richard.cassetta@bclplaw.com
Attorneys for Defendants

# IN THE UNITED STATES DISTRICT COURT

## DISTRICT OF NEVADA

| | |
|---|---|
| ANTHONY THOMAS, | No. 2:19-cv-00292 |
| Plaintiff, | |
| vs. | **(Jury Trial Demanded)** |
| COMBE INCORPORATED; COMBE PRODUCTS, INC.; COMBE LABORATORIES, INC.; COMBE INTERNATIONAL LLC f/k/a COMBE INTERNATIONAL LTD., | |
| Defendants. | |

**MOTION FOR EXTENSION OF TIME TO FILE VERIFIED PETITION AND**

**DESIGNATION OF RESIDENT COUNSEL**

**(First Request)**

COME NOW Defendants Combe Incorporated, Combe Products, Inc., Combe Laboratories, LLC (f/k/a Combe Laboratories, Inc.), and Combe International, LLC (f/k/a Combe International, Ltd.) (collectively "Defendants") and through their undersigned counsel, respectfully request a 17-day extension of time, up to and including May 13, 2019, to file their Verified Petition and Designation of Local Counsel (*See* Doc. No. 5).

1. On March 14, 2019, Defendants filed a motion for extension of time to answer or otherwise respond to Plaintiff's complaint. *See* Doc. No. 4. Defendants' motion was granted by the Court on March 20, 2019. *See* Doc. No. 11. Defendants have until May 13, 2019 to answer or otherwise respond to Plaintiff's complaint in this case. *Id*.

2. On March 14, 2019, the Court ordered counsel to file a Verified Petition and Designation of Local Counsel (*See* Local Rule IA 11-2) by April 28, 2019. *See* Doc. No. 5.

3. Defendants have been searching for resident counsel, but have not yet made a decision regarding who they will retain as resident counsel in this matter.

4. Because Defendants have not yet decided on resident counsel, Defendants' non-resident counsel cannot complete the form Verified Petition and Designation of Local Counsel, which requires the signature of resident counsel.

5. Defendants expect that they will retain resident counsel prior to the filing of their responsive pleading on May 13, 2019, at which time non-resident counsel can complete the form petition.

6. Pursuant to Local Rule IA 6-1 and Fed. R. Civ. P. 6, the Court may grant a motion for extension of time on motion of a party before the original time expires. Defendants are still within their time to file the Verified Petition and Designation of Local Counsel.

7. For the reasons stated above, Defendants respectfully request an extension of time of 17 days, up to and including May 13, 2019 (the deadline for their first responsive pleading), to file a Verified Petition and Designation of Local Counsel.

WHEREFORE, Defendants respectfully request a sixty-day extension of time of 17 days, up to and including May 13, 2019, to file a Verified Petition and Designation of Local Counsel.

**MOTION FOR EXTENSION OF TIME TO FILE VERIFIED PETITION AND DESIGNATION OF LOCAL COUNSEL**

BRYAN CAVE LEIGHTON PAISNER LLP
TWO NORTH CENTRAL AVENUE, SUITE 2100
PHOENIX, ARIZONA 85004-4406
TELEPHONE: (602) 364-7000

DATED this 26th day of April, 2019.

BRYAN CAVE LEIGHTON PAISNER LLP

By /s/ Sean K. McElenney
Sean K. McElenney
Two North Central Avenue, Suite 2100
Phoenix, Arizona 85004-4406

and

Richard P. Cassetta
One Metropolitan Square
211 North Broadway, Suite 3600
St. Louis, MO 63102
Telephone: (314) 259-2000
Facsimile: (314) 259-2020
Email: richard.cassetta@bclplaw.com

*Attorneys for Defendants Combe Incorporated, Combe Products, Inc., Combe Laboratories, LLC (f/k/a Combe Laboratories, Inc.), and Combe International, LLC (f/k/a Combe International, Ltd.)*

IT IS SO ORDERED.

BRENDA WEKSLER
UNITED STATES MAGISTRATE JUDGE

DATED: May 10, 2019

3
**MOTION FOR EXTENSION OF TIME TO FILE VERIFIED PETITION AND DESIGNATION OF LOCAL COUNSEL**