UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

* * *

| | |
|---|---|
| ANTHONY THOMAS,<br><br>Plaintiff(s),<br><br>v.<br><br>COMBE INCORPORATED, et al.,<br><br>Defendant(s). | Case No. 2:19-CV-292 JCM (BNW)<br><br>ORDER |

Presently before the court is the matter of *Thomas v. Combe Incorporated*, case no. 2:19-cv-00292-JCM-BNW.

The instant action is a product defect case that arises from personal injuries sustained by plaintiff Anthony Thomas's ("plaintiff") use of Just For Men hair care products. (ECF No. 1). Just For Men is produced by defendants Combe Incorporated; Combe Products, Inc.; Combe Laboratories, Inc.; and Combe International, LLC f/k/a Combe International, Ltd. (collectively "defendants"). *Id.*

Plaintiff represents to the court that defendants are engaged in similar lawsuits arising from defendants' Just For Men products. (ECF No. 24). These cases have been filed in jurisdictions around the country, including a coordinated mass tort proceeding pending in the Southern District of Illinois. *Id.* Due to the widespread litigation arising from Just For Men products, the Southern District of Illinois initiated a settlement program to resolve all claims against defendants. (ECF No. 24).

Plaintiff intended to participate—and has apparently been participating—in the settlement program. *Id.* As a result, plaintiff moves to stay the deadlines in this case in order to participate in the program. Defendants joined in plaintiff's motion. (ECF No. 25).

**James C. Mahan**
**U.S. District Judge**

1 | It appears that the parties tried to file stipulations of voluntary dismissal but failed to comply with local rules. (ECF Nos. 26; 28); *see also* LR IA 6-2; LR IC 2-2(c). After two unsuccessful attempts to file the parties' stipulation, plaintiff has not made a third attempt. Nonetheless, in light of the parties' attempts to file a stipulation to dismiss this action, the court will dismiss this action.

Accordingly,

IT IS HEREBY ORDERED, ADJUDGED, and DECREED that plaintiff's motion to stay case deadlines (ECF No. 24) be, and the same hereby is, DENIED as moot.

IT IS FURTHER ORDERED that the matter of *Thomas v. Combe Incorporated*, case no. 2:19-cv-00292-JCM-BNW, will be dismissed on Friday, November 15, 2019, unless either party files a written objection by 5:00 p.m. on Thursday, November 14, 2019.

IT IS SO ORDERED.

DATED November 1, 2019.

_____
UNITED STATES DISTRICT JUDGE

**James C. Mahan**
**U.S. District Judge**