UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

* * *

| | |
|---|---|
| ANTHONY THOMAS, | Case No. 2:19-CV-292 JCM (BNW) |
| Plaintiff(s), | ORDER |
| v. | |
| COMBE INCORPORATED, et al., | |
| Defendant(s). | |

Presently before the court is the matter of *Thomas v. Combe Inc.*, case number 2:19-cv-00292-JCM-BNW.

Having informed the parties that this matter would be dismissed unless either party filed a written objection by 5:00 pm on Thursday, November 14, 2019, (ECF No. 30), this court hereby dismisses this matter. Over a year has passed since any meaningful activity from the parties.

Accordingly,

IT IS HEREBY ORDERED, ADJUDGED, and DECREED that plaintiff's claims be, and the same hereby are, DISMISSED.

The clerk is ordered to close the case accordingly.

DATED October 2, 2020.

_____
UNITED STATES DISTRICT JUDGE

**James C. Mahan**
**U.S. District Judge**